**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tracy Shawn GUTHRIE, Defendant–**
**Appellant.**

**No. 11–12152**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 13, 2012.

Ramona C. Albin, Daniel J. Fortune, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

J. Tim Coyle, Attorney at Law, Birmingham, AL, for Defendant–Appellant.

Before HULL, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

J. Tim Coyle, appointed counsel for Tracy Shawn Guthrie in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Guthrie's conviction and sentence are **AFFIRMED**.